**MINUTE ENTRY**
**AFRICK, J.**
**July 18, 2018**
**JS-10 00:10**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY MCKENDALL** | **CIVIL ACTION** |
| **VERSUS** | **No. 17-11835** |
| **DITECH FINANCIAL LLC** | **SECTION I** |

## ORDER

A telephone conference was held in this case on this date, with counsel participating on behalf of defendant Ditech Financial LLC ("Ditech"). Plaintiff Larry McKendall ("McKendall") also participated. The Court and parties discussed Ditech's pending motion for summary judgment—specifically, Ditech's argument that McKendall's claim under Section 2605(e)(3) of the Real Estate Settlement Procedures Act is preempted and governed by the Fair Credit Reporting Act ("the FCRA").

As discussed in the conference,

**IT IS ORDERED** that Ditech shall file a supplemental brief regarding whether Section 2605(e)(3) is preempted by the FCRA. The brief shall reference specific cases supporting Ditech's proposition and must be filed by **THURSDAY, JULY 19, 2018** at **12:00 P.M.**

**IT IS FURTHER ORDERED THAT** Ditech shall e-mail McKendall a copy of the brief when it submits the brief to the Court.

2

**IT IS FURTHER ORDERED THAT**, if McKendall chooses to file a supplemental memorandum responding to Ditech's supplemental brief on the issue of preemption, he must do so by **MONDAY, JULY 23, 2018** at **5:00 P.M.**

New Orleans, Louisiana, July 18, 2018.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**